

NUMBER 13-09-00404-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

TERRI HANCOCK,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

On Appeal from the 410th District Court
of Montgomery County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

Appellant, Terri Hancock, by and through her attorney, has filed a motion to withdraw the notice of appeal and requests the Court dismiss the appeal. *See* Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 19th day of November, 2009.